1018

[No. 45189-8-I. Division One. November 6, 2000.]

ALL-AMERICAN HOMES, INC., *Respondent*, v. HORAN COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-16925-7, Dean Scott Lum, J., entered August 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 44488-3-I. Division One. November 6, 2000.]

CAROLYN L. ANDERSON, ET AL., *Appellants*, v. AMERICAN RESTAURANT GROUP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-02981-1, Peter D. Jarvis, J., entered March 26, 1999. *Reversed* by unpublished opinion per Agid, C.J., concurred in by Kennedy and Becker, JJ.

[No. 44486-7-I. Division One. November 6, 2000.]

NICHOLAS C. SMEAD, *Appellant*, v. NORTH COAST ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-23869-2, Linda Lau, J., entered March 3, 2000. *Reversed* by unpublished opinion per Webster, J., concurred in by Ellington, J.; Grosse, J., concurring in the result only.

[No. 43926-0-I. Division One. November 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVIANO SANTACRUZ-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00433-8, Susan K. Cook, J., entered December 18, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Kennedy, J.